UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

Robert Powell                                                   CASE NO: 9:09-bk-16637-ALP
Claire Powell
Debtor.
_____/

## DEBTOR'S OBJECTION TO CLAIM # 19

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

      Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within **30 days** from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, and serve a copy on the movant's attorney, The Dellutri Law Group, P.A., 1436 Royal Palm Square Blvd., Fort Myers, FL 33919; Chapter 13 Trustee; and Debtor(s), Robert and Claire Powell, 1214 Hidden Links Dr., Fort Myers, FL 33913.
      If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      COMES NOW the Debtor, by and through undersigned counsel, and hereby objects to Proof of Claim # 19, filed by Travelers Indemnity Company ("Creditor"), and in support thereof states the following:

1. The Proof of Claim was filed on December 7, 2009.

2. The Proof of Claim alleges an unsecured debt of $258,563.00

3. The claim is for a guarantee on a bond in favor of the Town of North East, Maryland.

4. The Proof of Claim on page 2 of Attachment A states that the Creditor "intends to make payment to the Town of North East pending the outcome of legal action taken by the signatories."

5. Pursuant to this language in Creditor's claim, the claim at the date of filing of this bankruptcy proceeding is both contingent and unliquidated.

6. Therefore, the claim should be allowed in the amount as filed, but classified as contingent and unliquidated.

      WHEREFORE the Debtor prays that this Honorable Court enter an Order Sustaining Debtor's Objection to Claim # 19 holding that the claim is allowed, but classified as contingent and unliquidated, and therefore does not count towards chapter 13 unsecured debt limits, and other relief as is just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically or by Regular U.S. mail and certified mail on May 21, 2010, to:

1. U.S. TRUSTEE, ECF Notice.
2. Jon Waage, Chapter 13 Trustee, ECF Notice.
3. By regular mail to: Robert and Claire Powell, 1214 Hidden Links Dr., Fort Myers, FL 33913.
4. By regular mail to: Travelers Indemnity Company, c/o Sean P. Foley, Esq. as signer of POC, Goldberg, Pike & Besche, P.C., 100 South Charles Street, Tower II, Suite 1001, Baltimore, MD 21201
5. By regular mail to: Travelers Indemnity Company c/o President Brian Maclean, One Tower Square, Hartford, CT 06183.

>The Dellutri Law Group, P.A.
>1436 Royal Palm Square Blvd.
>Fort Myers, FL 33919
>(239) 939-0900 Phone
>(239) 939-0588  Fax
>
>/s/ Jeremy Iskin
>JEREMY ISKIN, ESQ.
>FBN: 0063931