UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

Robert Powell
Claire Powell

Capter 13
CASE NO: 9:09-bk-16637-ALP

Debtors.
_____/

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM #19

**THIS MATTER** having come on for consideration with Notice to all parties in interest to consider the Debtors' Objection to Claim #19 of the creditor, Travelers Indemnity Company, filed by the debtors in the above-captioned case. The Court has considered the objection, together with the record, and is therefore satisfied that the Debtors' Objection is valid and therefore should be sustained. Accordingly, it is therefore:

**ORDERED:**

That Debtors' Objection to Claim # 19 be and the same is hereby Sustained

**DONE** and **ORDERED** on  June 24, 2010

_____
ALEXANDER L. PASKAY
United States Bankruptcy Judge

Copies furnished to :
1.  U.S. TRUSTEE, ECF Notice.
2.  Jon Waage, Chapter 13 Trustee, ECF Notice.
3.  Jeremy Iskin, Esq. 1436 Royal Palm Square Blvd., Fort Myers, FL 33919
4.  By regular mail to: Robert and Claire Powell, 1214 Hidden Links Dr., Fort Myers, FL 33913.
5.  By regular mail to: Travelers Indemnity Company, c/o Sean P. Foley, Esq. as signer of POC, Goldberg, Pike & Besche, P.C., 100 South Charles Street, Tower II, Suite 1001, Baltimore, MD 21201
6.  By regular mail to: Travelers Indemnity Company c/o President Brian Maclean, One Tower Square, Hartford, CT 06183.